No. 90–755. WARNE v. SUPERIOR COURT OF CALIFORNIA, LOS ANGELES COUNTY (KAISER PERMANENTE MEDICAL CENTER ET AL., REAL PARTIES IN INTEREST). Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 90–775. RIVERA-RAMIREZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–778. KRAEMER v. SPELLACY ET AL. C. A. 8th Cir. Certiorari denied.

No. 90–786. GRAY v. INDIANA. C. A. 7th Cir. Certiorari denied.

No. 90–788. HALAS v. DEPARTMENT OF ENERGY. C. A. Fed. Cir. Certiorari denied.

No. 90–809. BERNESSER v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 90–823. ALBERT v. UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 90–824. DELGADO ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–836. MARENO v. ROWE ET AL. C. A. 2d Cir. Certiorari denied.

No. 90–843. PRATT v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 90–849. COUNTY OF LOS ANGELES ET AL. v. GARZA ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–881. DEERMAN ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–886. MEIS v. GUNTER ET AL. C. A. 8th Cir. Certiorari denied.

No. 90–5178. KHAN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 90–5220. HAAS v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE. C. A. 5th Cir. Certiorari denied.